**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| ROBYN HORN, class representative, on behalf of herself and all others similarly situated | PLAINTIFF |
| v.   No. 4:10CV00090 JLH | |
| TOYOTA MOTOR SALES, USA, INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; and DOES 1-10 | DEFENDANTS |

## ORDER

The petition for *pro hac vice* admission by J.R. Whaley and the law firm of Neblett, Beard & Arsenault is GRANTED. Document #12. J.R. Whaley is hereby admitted to appear before this Court as co-counsel for plaintiff in this action.

IT IS SO ORDERED this 5th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE